IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD MONTGOMERY,

    Plaintiff,

v.                                            Case No. 13-cv-0079 LH/SMV

OTIS ELEVATOR COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION TO RESCHEDULE TELEPHONIC RULE 16 SCHEDULING CONFERENCE

THIS MATTER is before the Court upon Defendant's Joint Motion to Vacate March 11, 2013 Telephonic Rule 16 Initial Scheduling Conference [Doc. 10]. The parties agree that the Telephonic Rule 16 Scheduling Conference, currently set for March 11, 2013, should be rescheduled to March 5, 2013. The Court, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Defendant's Joint Motion to Vacate March 11, 2013 Telephonic Rule 16 Initial Scheduling Conference [Doc. 10] is **GRANTED**. The Court's Initial Scheduling Order [Doc. 5] is amended to reflect the following change only: a Rule 16 initial scheduling conference will be held by telephone on **Tuesday, March 5, 2013**, **at 9:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at 505-348-2357 to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**