IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD MONTGOMERY,

    Plaintiff,

v.                                 Case No. 13-cv-0079 LH/SMV

OTIS ELEVATOR COMPANY,

    Defendant.

### ORDER DENYING AS MOOT UNOPPOSED MOTION TO WITHDRAW

THIS MATTER is before the Court on Lisa Elizondo's Unopposed Motion to Withdraw [Doc. 12], filed February 25, 2013.  Ms. Elizondo seeks to withdraw from her representation of Plaintiff in this matter. However, the docket reflects that Ms. Elizondo never entered an appearance on behalf of Plaintiff pursuant to D.N.M.LR-Civ. 83.4.  The Court therefore FINDS that the Motion is moot and should be denied.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Unopposed Motion to Withdraw [Doc. 12] is **DENIED as moot**.

**IT IS SO ORDERED**.

                                              _____
                                              **STEPHAN M. VIDMAR**
                                              **United States Magistrate Judge**