IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD MONTGOMERY,

    Plaintiff,

v.                                      Case No. 13-cv-0079 LH/SMV

OTIS ELEVATOR CO.,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 13], filed February 25, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 18], filed March 6, 2013.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**