UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW MEXICO

**RONALD MONTGOMERY,**

    Plaintiff,

v.                                             Case No. 13-cv-0079 LH/SMV

**OTIS ELEVATOR COMPANY,**

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR DEFENDANT'S EXPERT WITNESS DISCLOSURE**

THIS MATTER is before the Court on the Unopposed Motion for Extension of Deadline for Defendant Otis Elevator Company's Expert Witness Disclosure [Doc. 33], filed July 12, 2013. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Unopposed Motion for Extension of Deadline for Defendant Otis Elevator Company's Expert Witness Disclosure [Doc. 33] is **GRANTED**. The deadline for Defendant Otis Elevator Company's expert witness disclosure is extended from July 18, 2013, to **July 31, 2013**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**