IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD MONTGOMERY,

    Plaintiff,

v.                                    Case No. 13-cv-0079 LH/SMV

OTIS ELEVATOR CO.,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on October 30, 2013.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **December 3, 2013**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**